# EXHIBIT C

Registration #:    *-APPLICATION-*
Service Request #:    1-4015188856

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza - Suite 305
Valley Stream, NY 11580 United States

Priority:   Routine       Application Date:   September 21, 2016

## Correspondent

Name:   Richard Liebowitz
Email:   rl@liebowitzlawfirm.com
Telephone:   (516)233-1660
Address:   11 Sunrise Plaza - Suite 305
          Valley Stream, NY 11580 United States

Registration Number
**\*-APPLICATION-\***

# Title

| | |
|---|---|
| **Title of Work:** | Group Registration of Published Photographs;2016 Photo Collection; all published 6/22/2016-9/21/2016; 124 photographs |
| **Content Title:** | active shooter 7/11/2016 |
| | atop a building 7/10/2016 |
| | Donte Tubman, 7/9/2016 |
| | K-9 7/10/2016 |
| | NYPD vans 9/6/2016 |
| | Adrienne Thiery, 7/29/16 |
| | Anna Pesce and Rachel Jesien Sitting, 8-8-16 |
| | Anna Pesce and Rachel Jesien, 8-8-16 |
| | Anna Pesce Arms Up, 8-8-16 |
| | Anna Pesce Exercising, 8-8-16 |
| | Anna Pesce Group Yoga, 8-8-16 |
| | Anna Pesce Yoga Mat, 8-8-16 |
| | Anna Pesce Yoga Position, 8-8-16 |
| | Anna Pesce Yoga, 8-8-16 |
| | Anna Pesce, 8-8-16 |
| | Automotive High School, 9/14/16 |
| | Bibimbap, 8-13-16 |
| | Bill Bratton 7/3/2016 |
| | Bill Bratton with Keith Winchell, 8/1/16 |
| | Black Forest Martini, 8-13-16 |
| | Bleeding Heart Cocktail, 8/24/16 |
| | Blocked Web Content1, 9/15/16 |

Blocked Web Content2, 9/15/16

Brett and Jessica, 8/4/16

Brooklyn Bridge, 8/29/16

Car Crash, 8/31/16

Central Park Lake, 8/29/16

Columbus Circle, 8/29/16

Comptroller Scott Stringer, 8/1/16

Crash and Daze, 8-11-16

Daniel Robinson1, 8/30/16

Daniel Robinson2, 8/30/16

Daniel Robinson3, 8/30/16

Daniel Robinson4, 8/30/16

de Blasio, 6/28/16

Derek Dellinger, 7/13/16

door 7/11/2016

Edwina McGregor 7/2/2016

Empire Boulevard 9/6/2016

EpiPens, 8/22/16

extension cord 7/11/2016

fake gun 7/11/2016

fake mass shooter 7/11/2016

funeral 2 8.17.16

funeral 4 8.17.16

funeral 5 8.17.16

funeral 8.17.16

hiding woman 7/11/2016

Hulk Hogan and A.J. Daulerio, 8/4/16

Hulk Hogan, 9/3/16

J'Ouvert 9/6/2016

J'Ouvert Event1, 9/5/16

J'Ouvert Event2, 9/5/16

J'Ouvert Event3, 9/5/16

J'Ouvert Event4, 9/5/16

J'Ouvert Event5, 9/5/16

J'Ouvert festival1, 9/5/16

J'Ouvert festival2, 9/5/16

J'Ouvert festival3, 9/5/16

J'Ouvert festival4, 9/5/16

J'Ouvert festival6, 9/5/16

J'Ouvert festival7, 9/5/16

J'Ouvert festival8, 9/5/16

J'Ouvert festival9, 9/5/16

J'Ouvert festival10, 9/5/16

J'Ouvert festival11, 9/5/16

J'Ouvert Shooting, 9/6/16

Jeanne DiCarlo 7/9/2016

Jennifer Walsh and Christi Smith, 8/30/16

Joanna Black1, 9/5/16

Joanna Black2, 9/5/16

Joe Chavalia 7/11/2016

Jonathan Zurbel and Samson, 8-6-16

Jonathan Zurbel, 8-6-16

Keith Winchell, 8/1/16

Ladybird, 8/24/16

Letitia James, 7/30/16

Letitia James, 8/28/16

Lindsay Bell, Baby, and Olithea Anglin, 8/2/16

living room 7/2/2016

Madeleine Kent 7/2/16

Madeline Kent and Jordan Brown, 7/2/16

marching 9/8/2016

Mushroom Dish, 8/24/16.jpg

New Yorkers Toasting, 8-13-16

Nick Denton, 8/16/16

nypd officers, 7/10/2016

Painting by Crash and Daze 2, 8-11-16

Painting by Crash and Daze, 8-11-16

Passing Me By cocktail, 8-13-16

Pink Wardrobe1, 7/12/16

Pink Wardrobe2, 7/12/16

Pink Wardrobe3, 7/12/16

Pink Wardrobe4, 7/12/16

Pink Wardrobe5, 7/12/16

Pink Wardrobe6, 7/12/16

President Fernando Ferrer 8.17.16

private back yard 7/2/2016

Radio City, 8/29/16

Radio City2, 8/29/16

Rafeal Espinal 9/9/2016

Robert Zane 7/11/2016

Samantha and Tom Marino, 8/22/16

Sampson, 8/16/16

Ship, 8-13-16

Shivaji Parikh and Neil Bhargava, 8/24/16

Slashed tires 2 7/11/2016

Slashed tires 7/11/2016

Taj Patterson, 8/31/16

Tennis Court, 8/27/16

Tennis Court2, 8/27/16

The Dauphin, 8-13-16

The Writer, 8/27/16

The Writer2, 8/27/16

Tompkins Avenue 7/11/2016

Trinity Church, 8/29/16

Union Square, 8/29/16

Union Square2, 8/29/16

Virginia Hanlon, 7/28/16

Washington Square Park, 8/29/16

Washington Square Park2, 8/29/16

Winnie Pooh, 7/28/16

funeral 3 8.17.16

J'Ouvert festival5, 9/5/16

## Completion/Publication

        **Year of Completion:** 2016
        **Date of 1st Publication:** June 28, 2016
        **Nation of 1st Publication:** United States

## Author

- **Author:** Stephen Yang
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Stephen Yang
        270 Empire Blvd. #1K, Brooklyn, NY, 11225, United States

## Certification

        **Name:** Richard Liebowitz
        **Date:** September 21, 2016