# EXHIBIT D

Case 1:17-cv-02834-MKB-SMG   Document 1-4   Filed 05/09/17   Page 1 of 8 PageID #: 23

12/23/2016                The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats

# DAMN!

 ENTERTAINMENT     LIFE    ANIMALS     INSPIRING    SCIENCE & TECH

NEWS

# The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats

His name is Samson. At 28 lbs this Maine Coon from New York City is actually bigger than your typical bobcat! Matter of fact, he is being coined as the biggest cat in NYC as he is a whopping 4 feet in length!

The biggest cat is said to have measured 4.04 feet, and held the Guinness World record. But that cat passed away in 2013.

Here's how Jonathon Zurbel describes Samson:

"Samson is a very sweet but a tough cat, who fits the term gentle giant very well. He is not fat or overweight but a strong Husky sturdy cat. He waits by my (bedroom) door and comes in first thing in the morning to sit on my belly. He is very kind and sweet and a very well behaved cat. He is a dream cat."

What are you loo 

**MOST POPULAR STORIES**

**LIKE US BELOW FOR MORE GREAT VIDEOS**







**ARCHIVES**

Archives
Select Month

12/23/2016　　　　The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats

Samsonweighs 28 lbs and is around 4 feet in length





[extra]

He could possibly be the largest bat in the entire world as the record holder who passed away was clocked in at 4.04 feet

http://damn.com/largest-cat-nyc-weighs-28-lbs-larger-bobcats/　　　　2/7

12/23/2016  The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats

long.





He is in great health despite his massive size for a cat.



"He is not fat or overweight but a strong Husky sturdy cat," said owner Jonathan





[extra]

"Samson is a very sweet but a tough cat, who fits the term gentle giant very well"

12/23/2016                    The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats



Trending Today

"He waits by my (bedroom) door and comes in first thing in the morning to sit on my belly"



http://damn.com/largest-cat-nyc-weighs-28-lbs-larger-bobcats/                                                      5/7

12/23/2016     The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats

"He is very kind and sweet and a very well behaved cat"





"He is a dream cat"



12/23/2016         The Largest Cat In NYC Who Weighs 28 Lbs And Is Larger Than Most Bobcats



 FACEBOOK       



1 Comment                               Sort by   Newest

  Add a comment...

 **Leeta Jones**
I am making a good income from Home. I have just got paid $-34748 in my first month doing simple online work. Start Getting Extra Dollars Direct To your Bank Account Every week. Visit this Link for More Info.....

facebook.com/443-286988798323869/app/190322544333196

Like · Reply · Aug 17, 2016 5:24am · Edited

---

DAMN! Copyright © 2016.  Privacy Policy| Terms of Use |DMCA| Contact

contact        contact        DMCA / Removal Request        Privacy Policy        Terms Of Use

---